UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| *In re:* | Case No. 17-40789-pjs |
| **Cheryl A. Maniaci,** | Chapter 7 |
| Debtor. | Hon. Phillip J. Shefferly |
| _____/ | |
| **Comerica Bank,** | Adversary No. 17-04375-pjs |
| Plaintiff, | |
| vs. | |
| **Cheryl A. Maniaci,** | |
| Defendant. | |
| _____/ | |

### ORDER GRANTING ATTORNEY'S REQUEST TO WITHDRAW

Upon the motion of Josephine R. Sbrocca and there having been no responsive filing or objection within the time required, the Court finds as follows:

Josephine R. Sbrocca is permitted to withdraw as attorney of record for Cheryl A. Maniaci.

**Signed on July 10, 2017**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**