# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re: CHERYL A. MANIACI　　　　　　Case No. 17-40789

　　　　　　　　　　　　　　　　　　Chapter 7

_____Debtor._____/

Plaintiff,

-v- COMERICA BANK　　　　　　　Adv. Proc. No. 17-43775-PJS

_____Defendant._____/

**FILED** U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT 2017 JUL 27 PM 10:4[?]

## APPLICATION FOR *PRO BONO* COUNSEL

I hereby request the Court to appoint counsel to represent me in an adversary proceeding. I am the

[✓] defendant and have been sued by someone else who objects to my discharge or seeks an exception to my discharge, pursuant to 11 U.S.C. § 523(a) or § 727 (a); or

[ ] plaintiff and request an exception to the defendant's discharge based on my assertion that the debt is one for alimony or child or spousal support, pursuant to 11 U.S.C. §523(a)(5) or (15).

**In further support of this application, I answer the following questions.**

1.　Are you presently employed?　　　　　　　　　　　Yes [✓] No [ ]

If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.

**APPLICANT:**
　　Gross Monthly Income $ 3,500 (approximately) - current
　　Employer Name: Tory Burch
　　Address: 2801 W. Big Beaver Rd, C153
　　　　　　　 Troy, MI 48084

**JOINT APPLICANT:**
　　Gross Monthly Income $_____
　　Employer Name: _____
　　Address: _____

2.　Within the past twelve months have you received or are you currently receiving any money

Note:　If you are the debtor/defendant and your circumstances have changed since the initial filing of Schedules I and J, you must file and attach amended Schedules I and J.

from any of the following sources?

| | | |
|---|---|---|
| a. | Unemployment Benefits | Yes [ ] No [✓] |
| b. | Social security, worker's compensation or disability payments | Yes [ ] No [✓] |
| c. | Business, profession or other form of self-employment | Yes [ ] No [✓] |
| d. | Rent payments, interest or dividends | Yes [ ] No [✓] |
| e. | Pensions, annuities or life insurance payments | Yes [ ] No [✓] |
| f. | Gifts or inheritances | Yes [ ] No [✓] |
| g. | Tax Refund | Yes [ ] No [✓] |
| h. | Any other income sources | Yes [ ] No [✓] |

3. If you have answered *yes* to any of the above in question 2, list each source and state the amount received each month for the past twelve months.

| Name the Source | $ Amount per month |
|---|---|
| N/A | |
| | |
| | |
| | |

4(a). Do you have any cash on hand, or in a checking or savings account?
      Yes [ ]    No [✓]

(b). If the answer is *yes* to 4(a) state the total amount of each.
☐Cash on hand $ N/A    Account(s) ☐ $ N/A (Checking)    ☐ $ N/A (Savings)

5(a). Do you own any real estate, stocks, bonds, notes, automobiles, life insurance policies (cash value), 401k plans or other valuable property (excluding ordinary household furnishings and clothing)?    Yes [ ]    No [✓]

(b). If the answer is *yes* to 5(a), describe each property and state its approximate value. N/A

| Property | Value | Property | Value |
|---|---|---|---|
| House | | Bonds | |
| Vehicle | | Notes | |
| Rental Property | | Insurance Policy | |
| 401K Plan | | Other Valuable Property | |
| Stocks | | | |

6. List the persons who are dependent upon you for support; state the age and your relationship to those persons, and indicate how much you contribute toward their support. If you are married include your spouse. **DO NOT LIST THE NAMES OF MINOR CHILDREN.**

| Age | Your Relationship to Dependent Person |
|-----|---------------------------------------|
| 62  | Spouse (disabled) 100%                |
| 27  | Son 100%                              |
|     |                                       |
|     |                                       |
|     |                                       |

I declare under penalty of perjury that the foregoing is true and correct.

CHERYL MANIACI
Please Print Name

*Cheryl Maniaci*
Signature of Applicant

_____
Please Print Name (Spouse, if applicable)

_____
Signature of Applicant (Spouse, if applicable)

796 LOCHMOOR BLVD
Current Address

GROSSE POINTE WDS, MI 48236
City/State/ZIP

(313) 884-7676
Telephone Number

Date 7/24/17