**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| Cheryl A. Maniaci, | Case No. 17-40789 |
| Debtor. / | Honorable Phillip J. Shefferly |
| Comerica Bank, | Adversary Proceeding No. 17-4375-PJS |
| Plaintiff, | |
| v. | |
| Cheryl A. Maniaci, | |
| Defendant. / | |

## ORDER APPOINTING REPLACEMENT *PRO BONO* ATTORNEY

On September 6, 2017, the Court appointed Martin L. Fried as the *pro bono* attorney for the Defendant. On September 8, 2017, Martin L. Fried notified the Court that he is no longer accepting appointments under the Court's *pro bono* program. Therefore, the Court appoints Anthony J. Kochis as replacement *pro bono* attorney for the Defendant. Accordingly,

**IT IS HEREBY ORDERED** that Anthony J. Kochis is appointed as replacement *pro bono* attorney for the Defendant, Cheryl A. Maniaci, through the Court's *pro bono* attorney program.

**Signed on September 12, 2017**



/s/ Phillip J. Shefferly
**Phillip J. Shefferly**
**United States Bankruptcy Judge**